UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 20-1767 (DSD/ECW)

Adolfo Gutierrez Avila, Jr.,

    Plaintiff,

v.                                **ORDER**

Jeff Titus,

    Defendant.

This matter comes before the court upon the report and recommendation (R&R) of United States Magistrate Elizabeth Cowan Wright dated January 6, 2021. Plaintiff has not filed objections to the R&R in the time period permitted.

Based on the R&R and the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The R&R [ECF No. 10] is adopted in its entirety; and

2. Defendant Rush City Correctional Facility is dismissed pursuant to 28 U.S.C. § 1915A.


DATED: February 2, 2021                s/ David S. Doty
                                          David S. Doty, Judge
                                          United States District Court